JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15 cv 736 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| PAULA F. SAAFIR, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Paula F. Saafir, in the principal amount of $1,049.90 plus interest accrued to January 22, 2015, in the sum of $117.35; with interest accruing thereafter at 8.000% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$1,167.25**.

DATED: 3/2/15

By: TERRY NAFISI
Clerk of the Court

Deputy Clerk
United States District Court